# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RAYE STELLING, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-312 |
| WALMART INC., et al., | ) ) | |
| Defendants. | ) ) | |

# ORDER

This case was removed on November 21, 2019. Doc. 1. Defendants subsequently filed a Motion to Dismiss, doc. 7, and a Motion to Stay, doc. 6. However, plaintiff's counsel has failed to appear either in opposition to these motions or to further prosecute this case. Accordingly, the parties are **DIRECTED** to **SHOW CAUSE** within fourteen days from the date of this Order why this case should not be dismissed for lack of prosecution and failure to follow a Court order. *See* S.D. Ga. L. R. 41.1 ("[T]he assigned Judge may, after notice to counsel of record, *sua sponte*, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice."); *see also* Doc. 10 (Notice to Counsel directing all counsel to appear within 10 days). To that end, defendant is **DIRECTED** to certify to this Court that it has served—independent of

this Court's CM/ECF system—plaintiff's state court counsel with a copy of the 1) Notice of Removal and all accompanying documentation, 2) defendant's Motion to Dismiss the Complaint, and 3) defendant's Motion to Stay.  The Clerk of Court is further **DIRECTED** to send a copy of this order via U.S. mail to Dustin Hamilton and David Dozier at 401 Mall Blvd. Suite 103E, Savannah, Georgia 31406.

**SO ORDERED,** this 22nd day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA