IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAYE STELLING, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-312 |
| v. | |
| WALMART STORES EAST, L.P., | |
| Defendant. | |

## O R D E R

Before the Court is a "Dismissal With Prejudice," signed and filed by Plaintiff on October 23, 2020, wherein she purports to dismiss this case with prejudice. (Doc. 29.) On April 7, 2020, Defendant Walmart Stores East, L.P., was substituted into the case, (doc. 25), taking the place of Walmart Inc., which had already filed an Answer to the Complaint, (doc. 2). Because the stipulation has not been signed by all parties who have appeared and because Defendant has filed an Answer, (id.), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's filing does not propose or request any specific terms, and Defendant has not voiced any opposition to dismissal with prejudice or requested any terms for the dismissal. Accordingly, the Court **DISMISSES** the action with prejudice, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 4th day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA